IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CHRIS PETERSON and BECKY RODD, on their behalf and on behalf of all others similarly situated,**

      **Plaintiffs,**

v.	Civil Action No. 1:24-cv-110
	HONORABLE THOMAS KLEEH

**TOM BLOOM, JEFFREY ARNETT and SEAN SIKORA, MONONGALIA COUNTY COMMISSIONERS, in their official capacities, and TODD FORBES[1], MONONGALIA COUNTY SHERIFF, in his official capacity,**

      **Defendants.**

## AGREED STIPULATION FOR EXTENSION OF TIME

ON THIS DAY, came the undersigned parties, by their respective counsel, and jointly stipulate and agree that Defendants' deadline for responding to Plaintiffs' First Interrogatories and Requests for Production of Documents Directed to Defendant Jeffrey Arnett, Plaintiffs First Interrogatories and Requests for Production of Documents Directed to Defendant Sean Sikora, and Plaintiffs First Interrogatories and Requests for Production of Documents Directed to Defendant Tom Bloom is extended through and including May 1, 2025. The parties do not waive any defenses, objections, or other rights by agreeing to this stipulation.

---

[1] Perry Palmer was Sheriff of Monongalia County, West Virginia at the time the captioned matter was filed. However, Todd Forbes was elected as Sheriff of Monongalia County in the election held in November 2024. Thereafter, assumed his role as Sheriff based on the election results and serves as Sheriff of Monongalia County currently. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, "[a]n action does not abate when a public officer who is a party in an official capacity . . . otherwise ceased to hold office while the action is pending. The officer's successor is automatically substituted as a party." *Fed. R. Civ. P. 25(d)*.

It is so stipulated this 25th day of April, 2025.

**STIPULATED AND AGREED TO BY:**

*/s/ Lesley M. Nash    (with permission)*
Gary M. Smith, WV State Bar No. 12602
Lesley Marie Nash, WV State Bar No. 14158
**MOUNTAIN STATE JUSTICE, INC.**
1029 University Ave., Suite 101
Morgantown, WV 26505
*Counsel for Plaintiffs*

**AND**

*/s/ Tiffany R. Durst*
Tiffany R. Durst, WV State Bar No. 7441
**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
2414 Cranberry Square
Morgantown, West Virginia  26508
Telephone:  (304) 225-2200
Facsimile:   (304) 225-2214
Email:  tdurst@pffwv.com
*Counsel for Defendants*