## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CHRIS PETERSON and BECKY**
**RODD, on their behalf and on behalf of**
**all others similarly situated,**

      **Plaintiffs,**

**v.**
                                  **Civil Action No. 1:24-cv-110**
                                  **HONORABLE THOMAS KLEEH**

**TOM BLOOM, JEFFREY ARNETT,**
**and SEAN SIKORA,**
**MONONGALIA COUNTY COMMISSIONERS,**
**in their official capacities, and**
**TODD FORBES,**
**MONONGALIA COUNTY SHERIFF,**
**in his official capacity,**

      **Defendants.**

### MOTION TO APPOINT CLASS COUNSEL

Based on the record in this matter, the evidence attached here as Exhibit 1, and the

precedents and arguments in the accompanying memorandum supporting this motion, Gary M.

Smith, Lydia Milnes, and Mountain State Justice move the Court to appoint them as counsel for

the plaintiff class pursuant to F.R.C.P. 23(g).

                                Respectfully submitted,
                                **CHRIS PETERSON and BECKY RODD, on their**
                                **behalf and on behalf of and all other similarly**
                                **situated,**
                                **By Counsel,**

/s/ _Gary M. Smith_____
Gary M. Smith   (WV Bar # 12602)
(gary@msjlaw.org)
Lydia C. Milnes (WV Bar # 10598)
(lydia@msjlaw.org)
MOUNTAIN STATE JUSTICE, INC.
1029 University Dr., Suite 101
Morgantown, WV  26505
T:  (304) 326-0188
*Counsel for Plaintiffs*